# United States District Court

WESTERN DISTRICT OF WASHINGTON

WARREN DEAN MAKO, individually and as personal representative of the ESTATE OF DONNA MAKO,

        PLAINTIFF

        v.

BURLINGTON NORTHERN & SANTA FE RAILROAD, NATIONAL RAILROAD PASSENGER CORPORATION AND SUBSIDIARIES, a.k.a. AMTRAK, COUNTY OF COWLITZ,

        DEFENDANT

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5346FDB

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**(1) Defendants BNSF's and Amtrak's Motion for Summary Judgment of Dismissal [Dkt. #62] is GRANTED and this cause of action is DISMISSED;**

**(2) Defendants BNSF's and Amtrak's Motion To Exclude Richard Gill, Ph.D. and F. Denman Lee, Ph.D is GRANTED.**

**(3) All causes of action against all Defendants in this case having been dismissed, the Clerk of the Court shall enter Judgment in favor of Defendants Burlington Northern & Santa Fe Railroad, National Railroad Passenger Corporation (Amtrak), and Cowlitz County, and close this case.**

February 13, 2009

BRUCE RIFKIN
        Clerk

/s/ Pat LeFrois

_____
        Deputy Clerk